# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  JUAN G. VAZQUEZ  
      1118 MAPLE STREET  
      LAKE IN THE HILLS, IL  60156  

SSN-xxx-xx-3572

Case Number: 05-70869

Case filed on: 3/3/2005  
Plan Confirmed on: 4/29/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $20,966.00     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTORNEY JAMES A YOUNG | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 999 | JUAN G. VAZQUEZ | 0.00 | 0.00 | 25.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 25.00 | 0.00 |
| 001 | GMAC MORTGAGE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | PLAZA ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | NORTHLAND GROUP, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | CAPITAL ONE | 1,041.67 | 1,041.67 | 747.58 | 0.00 |
| 005 | CAPITAL ONE | 587.14 | 587.14 | 421.37 | 0.00 |
| 006 | ROUNDUP FUNDING LLC | 2,631.80 | 2,631.80 | 1,888.76 | 0.00 |
| 007 | US BANK/ELAN RETAIL PMT SOLUTIONS | 11,385.20 | 11,385.20 | 8,170.81 | 0.00 |
| 008 | EXXON MOBIL | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | MBNA AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | RESURGENT CAPITAL SERVICES | 3,583.45 | 3,583.45 | 2,571.74 | 0.00 |
| 011 | BLITT & GAINES PC | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | UNIFUND CCR PARTNERS | 5,167.93 | 5,167.93 | 3,708.87 | 0.00 |
| 013 | WAL MART | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | ROUNDUP FUNDING LLC | 1,220.17 | 1,220.17 | 875.68 | 0.00 |
|  | Total Unsecured | 25,617.36 | 25,617.36 | 18,384.81 | 0.00 |
|  | Grand Total: | 26,817.36 | 26,817.36 | 19,609.81 | 0.00 |

Total Paid Claimant:    $19,609.81  
Trustee Allowance:    $1,356.19  
Percent Paid Unsecured:    71.77

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

      /s/ Lydia S. Meyer  
      Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 12/30/2008     By  /s/Heather M. Fagan